640 A.2d 378

**Leroy HAYWOOD, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE, and Municipality of Penn Hills, Appellees.**

**No. 16 Middle District Appeal Docket 1994.**

Supreme Court of Pennsylvania.

March 31, 1994.

Before: NIX, C.J., FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE, and MONTEMURO, JJ.

## ORDER

PER CURIAM.

AND NOW, this 31st day of MARCH, 1994, the interlocutory appeal filed by Leroy Haywood from the order of the Commonwealth Court entered January 25, 1994, is quashed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.